1  Dennis Winters  CA Bar #89872
**Winters Law Firm**
2  23046 Avenida de la Carlota
Suite #600
3  Laguna Hills, CA 92653
Telephone: (714) 836-1381
4  Email: winterslawfirm@cs.com

5
Attorneys for Toyota Motor Credit Corporation
6

7                     IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE EASTERN DISTRICT OF CALIFORNIA
8                                     **Sacramento Division**

9

| | | |
|---|---|---|
| In re: | ) | Case No.: 25-24357 |
| | ) | Motion Control:  DW-1 |
| Kimberly Rae Egan | ) | Chapter 7 |
| | ) | |
| | ) | DATE:  October 14, 2025 |
| Debtor. | ) | TIME:  11:00 AM |
| | ) | COURTROOM:  6th Floor |
| | ) | DEPT:  32 |

**NOTICE OF HEARING ON MOTION**

TO:     THE TRUSTEE, PARTIES IN INTEREST, AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that on October 14, 2025 at 11:00 AM. in Department 32, of the above captioned court located at 501 I, Sacramento, CA  95814, a hearing will be conducted on Toyota Motor Credit Corporation ("Toyota")'s Motion for Relief from Automatic Stay (hereinafter "Motion"). Pursuant to the Motion, Toyota is requesting that the bankruptcy court approve relief from the automatic stay of 11 U.S.C. §362 of the Bankruptcy Code to allow Toyota to take possession of and liquidate a certain 2024 Toyota Tundra 4WD bearing the Vehicle Identification Number 5TFNC5DBXRX050706 ("Vehicle") as more fully set forth in Motion and supporting documents enclosed herewith.

Response, if any, to the Motion must be filed with the court and served on counsel for the Debtor not less than fourteen (14) days prior to the scheduled hearing date. Responses shall be served on counsel for Toyota as follows:

>Dennis Winters
>Winters Law Firm
>23046 Avenida de la Carlota
>Suite #600
>Laguna Hills, CA 92653

If no timely response is filed or served, the court may take the matter off calendar and grant the relief requested without conducting a hearing. If a response is filed, respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Also, parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

>By: */s/ Dennis Winters*
>Dennis Winters  CA Bar #89872
>Winters Law Firm
>23046 Avenida de la Carlota
>Suite #600
>Laguna Hills, CA 92653
>Telephone: (714) 836-1381
>Email: winterslawfirm@cs.com
>Attorney for Toyota Motor Credit Corporation